IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Wendy Marfeo, | NO. C 10-05301 JW |
|     Plaintiff, | **ORDER CLOSING CASE** |
| v. | |
| Facebook, Inc., | |
|     Defendant. | |

On December 21, 2010, this case was consolidated into the In re Facebook Privacy Litigation, No. C 10-2389 JW. (See Docket Item No. 5.) On November 22, 2011, the Court issued its judgment in the In re Facebook Privacy Litigation and terminated that case. (See Docket Item No. 107 in No. C 10-2389 JW.) Accordingly, in light of the fact that the case into which this case was consolidated has been closed, the Court ORDERS that this case be closed as well.

The Clerk shall immediately close this file.

Dated: August 27, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Matthew Dean Brown brownmd@cooley.com
Matthew Joseph Zevin mzevin@stanleyiola.com
Michael Graham Rhodes rhodesmg@cooley.com

**Dated: August 27, 2012**  **Richard W. Wieking, Clerk**

**By:**   **/s/ JW Chambers**
        **William Noble**
        **Courtroom Deputy**